| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Norgle, Charles R | 2. Court or Organization USDC -N.D. IL | 3. Date of Report 5/15/07 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.D. Judge N.D. IL Active | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial X Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period 1/1/06 12/31/06 |
|---|---|---|

| 7. Chambers or Office Address 219 S Dearborn St Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION        NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions.)

1. Adjunct Faculty   Northwestern University School of Law
2. Adjunct Faculty   The John Marshall Law School
3.

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE        PARTIES AND TERMS

[X] NONE (No reportable agreements.)

1.

2.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE    SOURCE AND TYPE        INCOME

### A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

1. Northwestern University Law School

2. The John Marshall Law School      $ 2,000   $21,250

3.      $

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

1. Elmhurst College

2.

RECEIVED 2007 MAY 15 A 9: 44 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | Chase Card | Credit Card | J |
| 2 | Bank of America Card | Credit Card | J |
| 3 | MBNA Card | Credit Card | J |
| 4 | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-07 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. Buy, Sell, merger redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| EBAY | NONE | NONE | | T | BUY | 4/20 | J | | |
| EBAY | " | " | | T | BUY | 4/21 | J | | |
| NYSE GP | " | " | | T | BUY | 4/29 | J | | |
| NYSE GP | " | " | | T | BUY | 4/3# | J | | |
| EBAY | " | " | | T | BUY | 4/27 | J | | |
| CTGLF | " | NONE | K | T | ———— | | | | |
| NYSE GP | " | NONE | | T | BUY | 4/28 | J | | |
| " | " | NONE | | T | BUY | 5/4 | J | | |
| EBAY | " | NONE | | T | BUY | 5/5 | J | | |
| " | " | NONE | | T | BUY | 5/8 | J | | |
| JDS | " | " | | T | " | 5/11 | J | | |
| EBAY | " | " | | T | " | 5/31 | J | | |
| " | " | " | | T | " | 6/7 | K | | |
| CTGLF | " | " | | T | " | 6/9 | J | | |
| EBAY | " | " | | T | " | 6/13 | J | | |
| " | " | " | | T | " | 6/14 | J | | |
| " | " | " | | T | " | 6/22 | J | | |
| EBAY | " | " | | T | SELL | 5/10 | J | | |
| EBAY | " | " | | T | SELL | 5/18 | J | | |
| NYSE | " | " | | T | SELL | 5/10 | J | | |
| EBAY | " | " | | T | SELL | 5/19 | J | | |
| EBAY | " | " | | T | SELL | 6/15 | J | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE | NONE | | | | | | | |
| 1 BENET | O | O | | | T | SELL 1/19 | J | | |
| 2 INTL | O | G | | | T | SELL 2/2 | J | | |
| 3 CTGLF | O | O | | | T | SELL 2/6 | J | | |
| 4 " | O | O | | | T | SELL 2/7 | J | | |
| 5 " | O | O | | | T | SELL 2/22 | J | | |
| 6 DALR | O O | O O | | | T | SELL 3/2  SELL 3/9 | J J | | |
| 7 GM | O | O | | | T | SELL 3/27 | K | | |
| 8 GM | O | O | | | T | SELL 3/28 | K | | |
| 9 GM | O | O | | | T | SELL 3/31 | J | | |
| 10 GM | O | O | | | T | SELL 4/5 | J | | |
| 11 GM | O | O | | | T | SELL 4/12 | K | | |
| 12 NORT | O | O | | | T | SELL 4/18 | J | | |
| 13 YAHOO | O | O | | | T | SELL 4/19 | K | | |
| 14 EBAY | O | O | | | T | SELL 5/4 | J | | |
| 15 NYSE | O | O | | | T | SELL 5/5 | J | | |
| 16 NYSE | O | O | | | T | SELL 5/5 | J | | |
| 17 NYSE | O | O | | | T | SELL 5/8 | J | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Codes 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GM | A | DIV | — | I | BUY | 1/3 | J | | |
| 2 | CTGLF | — | — | K | I | | | | | |
| 3 | INTL | NONE | NONE | | T | BUY | 1/8 | J | | |
| 4 | GM | NONE | NONE | | T | BUY | 2/2 | J | | |
| 5 | GM | " | " | | T | BUY | 2/7 | J | | |
| 6 | GM | " | " | | T | BUY | 2/8 | J | | |
| 7 | GM | " | " | | T | BUY | 2/8 | J | | |
| 8 | GM | " | " | | T | BUY | 2/21 | J | | |
| 9 | GM | " | " | | T | BUY | 2/22 | J | | |
| 10 | GM | " | " | | T | BUY | 2/23 | J | | |
| 11 | GM | " | " | | T | BUY | 2/24 | J | | |
| 12 | GM | " | " | | T | BUY | 3/3 | J | | |
| 13 | GM | " | " | | T | BUY | 3/27 | J | | |
| 14 | GM | " | " | | T | BUY | 3/28 | J | | |
| 15 | GM | " | " | | T | BUY | 3/29 | J | | |
| 16 | NORTEL | " | " | | T | BUY | 4/17 | J | | |
| 17 | YAHOO | " | " | | T | BUY | 4/18 | K | | |

NONE (No reportable income, assets, or transactions.)

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date     5/11/·07 _____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.